## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ORWELL NATURAL GAS COMPANY, | ) | CASE NO.: 1:08 CV 2105 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| DOMINION RESOURCES, INC., *et al.*, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Motion to Dismiss filed

by Defendants Dominion Resources, Inc. and Dominion East Ohio Gas Company, d/b/a

Dominion East Ohio (collectively "Dominion") is DENIED.  (ECF # 14.)

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: January 15, 2009